BRIAN D. NETTLES, ESQ.
CHRISTIAN M. MORRIS, ESQ.
*ALSO LICENSED IN CALIFORNIA AND NEW JERSEY

EDWARD J. WYNDER, ESQ.
RYLEIGH L. GLOECKNER, ESQ.
VICTORIA R. ALLEN, ESQ.
RACHEAL ROSS, ESQ.

# NETTLES | MORRIS
## NEVADA TRIAL LAWYERS

EXCLUSIVELY REPRESENTING INJURED VICTIMS AND THEIR FAMILIES.

January 13, 2021

<u>*Via Electronic Mail:*</u>

**Attn: Ms. Denise Jones**
Corvel Corporation
P.O. Box 16688
Tampa, FL 33687

| | | |
|---|---|---|
| **My Client** | : | **Lisa Ashby** |
| **Date of Loss** | : | **December 15, 2018** |
| **Your Insured** | : | **Flemings Prime Steakhouse & Wine Bar** |
| **Your Claim No.** | : | **1319-GL-18-0500127-001** |

Dear Ms. Jones:

The following will serve as a notification of the medical specials at issue in this claim it is submitted on behalf of our client **Lisa Ashby. Please consider this as a formal request to evaluate Ms. Ashby's claim**. Please respond to this request within 30 days.

This claim is related to injuries sustained in an incident which occurred on December 15, 2018, in Las Vegas, Nevada. Ms. Ashby was at Flemings Steakhouse and when leaving the restroom, she walked approximately halfway between the dining and bar area when she slipped and fell on something wet hitting her head on the floor. Ms. Ashby fell back into the wall initially then forward to the floor.

To date, Ms. Ashby has received treatment from the following providers and incurred the following expenses because of her injuries from this incident. Please note some records and bills are outstanding as Ms. Ashby's treatment is ongoing:

| | **PROVIDER** | **D.O.S** | **CHARGES** |
|---|---|---|---|
| 1. | Concentra Inc | 12/16/2018-12/23/2018 | $341.00 |
| 2. | Henderson Hospital | 12/16/2018 | $15,218.00 |
| 3. | Shadow Emergency Physicians | 12/16/2018 | $1,888.00 |
| 4. | Desert Radiology | 12/16/2018 | $ 412.26 |
| 5. | Interventional Pain & Spine Inst | 12/28/18-5/9/19 | $5,245.00 |
| 6. | Pueblo Medical Imaging | 05/01/2019 | $1,650.00 |
| 7. | Chubbuck Chiropractic | 01/10/2019-12/21/20 | $652.35 |
| 8. | InterMountain Medical | 07/30/2019-05/13/2020 | $2,995.06 |

| | | | |
|---|---|---|---|
| 9. | OrthoIdaho | 08/26/2019-12/16/169 | $ 5,152.00 |
| 10. | Primary Care Specialists | 10/10/19 | $2,500.00 |
| | **SUB TOTAL** | | **$ 36,053.67** |
| | **WAGE LOSS** | | **$ N/a** |
| | **PAIN AND SUFFERING** | | **$ TBD** |

<u>Medical Residuals</u>:  Ms. Ashby is currently still treating for her injuries from this incident and a future cost estimate is necessary to determine what, if any, future costs are indicated in her case.

## CONCLUSION

This information is provided at the request of Ms. Jones in order that Corvel may make a formal evaluation of Ms. Ashby's claim. Please provide your response within 30 days. Should you require any additional information to conclude your evaluation, please do not hesitate to contact us.

Sincerely yours,
NETTLES MORRIS

*Racheal A. Ross, Esq.* (signature)

Racheal A. Ross, Esq.
RAR/hdd

EXHIBITS ENCLOSED:
1. **Medical Bills and Records: Concentra Medical Centers**
2. **Medical Bills and Records: Henderson Hospital**
3. **Medical Bills and Records: Shadow Emergency Physicians**
4. **Medical Bills and Records: Desert Radiologists**
5. **Medical Bills and Records: Interventional Pain & Spine Center**
6. **Medical Bills and Records: Pueblo Medical Imaging**
7. **Medical Bills and Records: Chubbuck Chiropractic-Still Treating**
8. **Medical Bills and Records: InterMountain Medical Center- Still Treating**
9. **Medical Bills and Records: OrthoIdaho**
10. **Primary Care Specialists- Forthcoming.**