

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN, ESQ.
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Attorneys for OSI/Fleming's, LLC;
SRMF Town Square Owner, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Lisa Ashby, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SRMF TOWN SQUARE OWNER, LLC, a Foreign Limited-Liability Company; OSI/FLEMING'S, LLC d/b/a FLEMING'S PRIME STEAKHOUSE & WINE BAR, a Florida Limited Liability Company; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendant. | Case No.: 2:21-cv-398<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:21-cv-398, each to bear their own fees and costs. No trial date was scheduled.

WILSON ELSER

/s/ Michael Lowry
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Attorneys for Defendants

NETTLES MORRIS

Racheal A. Ross, Esq.
Nevada Bar No. 14943
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Attorneys for Lisa Ashby

IT IS SO ORDERED.

Dated this __16__ day of November, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

260676498v.1