UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LISA ASHBY,

                Plaintiff,

vs.

SRMF TOWN SQUARE OWNER, LLC, *et al.*

                Defendants.

Case No.: 2:21-cv-00398-GMN-BNW

**AMENDED ORDER GRANTING MOTION FOR RELEASE OF BOND OBLIGATION**

Pending before the Court is the Motion for Release of Bond, (ECF No. 26), filed by Plaintiff Lisa Ashby. Plaintiff's Motion seeks the release of the security bonds that she was ordered to deposit with the Court pursuant to NRS § 18.130. The parties stipulated to dismiss this case three years ago, (*See* Order Granting Stipulation, ECF No. 25), and no award of costs or fees with respect to Defendant has been made by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Release of Bond Obligation, (ECF No. 26) is **GRANTED.** The Clerk of Court is kindly directed to release Plaintiff's $500 bond obligation with interest to Plaintiff.

**IT IS FURTHER ORDERED** that the Court's prior Order Granting Motion for Release of Bond Obligation, (ECF No. 27), is **STRIKEN.**

Dated this __21__ day of November, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court