CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
JAMIE N. McINELLY, ESQ.
Nevada Bar No. 15963
SARAH E. DiSALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
christian@CMtrialattorneys.com
victoria@CMtrialattorneys.com
jamie@CMtrialattorneys.com
sarah@CMtrialattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA ASHBY, an individual, | CASE NO.: 2-21-cv-00398-GMN-BNW |
| Plaintiff, | |
| v. | |
| SRMF TOWN SQUARE OWNER, LLC, a Foreign Limited Liability Company; OSI/FLEMING'S PRIME STEAKHOUSE & WINE BAR, a Florida Limited Liability Company; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, | **MOTION FOR AMENDED ORDER TO RELEASE BOND** |
| Defendants. | |

COMES NOW, Plaintiff LISA ASHBY ("Plaintiff"), by and through her attorney of record Christian M. Morris, Esq. of CHRISTIAN MORRIS TRIAL ATTORNEYS, and hereby request this instant *Motion for Amended Order Granting Motion for Release of Bond Obligation*.

1

This *Motion* is made and based upon the pleadings the papers on file herein and the following Memorandum of Points and Authorities, and any oral argument this Court will entertain.

DATED this 24th day of February 2025.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

*/s/ Christian M. Morris*
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
JAMIE N. McINELLY, ESQ.
Nevada Bar No. 15963
SARAH E. DiSALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
*Attorneys for Plaintiff*

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

**MEMORANDUM OF POINTS AND AUTHORITIES**
**I.**
**FACTS**

On or about December 15, 2018, Plaintiff was a guest at Defendant Fleming's Prime Steakhouse & Wine Bar owed by Defendant Town Square (collectively "Defendants"), located at 6515 South Las Vegas Blvd, Las Vegas, Nevada 89119. ("Subject Premises"). While at the Subject Premises an unnoticed, unmarked, and hidden liquid was on the floor in a public area of the restaurant. Due to the inconspicuous condition, Plaintiff unexpectedly slipped and fell to the ground, causing her severe physical injuries (the "Subject Incident").

On December 9, 2020, Plaintiff filed a Complaint in District Court. It was on March 9, 2021, that Defendants filed a Petition for Removal to federal court. It was this same date that Defendants requested Plaintiff to secure the case with a bond in the amount of $500. *See* attached, **Exhibit 1**. Shortly after, on or about April 7, 2021, Plaintiff deposited $500 with the Clerk of Court. *See* attached, **Exhibit 2**. On or about November 16, 2021, the Parties came to a resolution and stipulated to dismissing all claims. *See* attached, **Exhibit 3**. On or about November 4, 2024 Plaintiff filed a Motion to Release Bond. *See* attached, **Exhibit 4**. On or about November 21, 2024 this Court granted and filed Amended Order Granting Motion for Release of Bond Obligation. *See* attached, **Exhibit 5**.

Plaintiff's counsels are unable to reach the Plaintiff and therefore request the bond be released to counsel. Plaintiff's prior counsel, Brian Nettles, Esq. of NETTLES MORRIS partnered with Christian Morris, Esq., to create the law firm of NETTLES MORRIS; since that time Brian D. Nettles has since retired and the firm has changed to CHRISTIAN MORRIS TRIAL ATTORNEYS. Christian M. Morris, Esq., and Brian Nettles, Esq., have an agreement that Ms. Morris is to collect and transfer to Mr. Nettles any outstanding costs expended by Mr. Nettles when the firm was NETTLES MORRIS. Therefore, Plaintiff's counsel moves this court to direct the funds be released to CHRISTIAN MORRIS TRIAL ATTORNEYS.

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

It is the release of bond details that moves Plaintiff to submit their request to amend the Order to release bond in the amount of $500 to Plaintiff's counsel Christian Morris Trial Attorneys.

## II.
## LEGAL ANALYSIS

### A.  This was secured with a $500 bond

As stated, this case was secured with a bond in the amount of $500, pursuant to NRS 18.130 (1):

> "When a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint. When so required, all proceedings in the action shall be stayed until an undertaking, executed by two or more persons, be filed with the clerk, to the effect that they will pay such costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the action, not exceeding the sum of $500 ….."

### B.  Release of the Cash Bond

Approximately four (4) years have passed since this case was stipulated by both parties to be dismissed. Throughout this now shelved case, there have been no issues from any of the parties concerning the bond or the use of the bond.

> Pursuant to LCR 46-10 (c):
>
> "Upon court order, the clerk must apply any cash bail funds of which the defendant is legal owner of record, whether invested or on deposit in the Registry Account, to the payment and satisfaction of any court-imposed fine. This payment must take place before either making a refund of the remainder or the case bail funds, of any, the defendant of, to any extend, honoring a defendant's assignment of the funds."

///

///

///

4

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

### III.
### CONCLUSION

Plaintiff is unaware of any facts that would suggest the granting of this instant *Motion* resulting in prejudice to any of the parties by the release of the bond.

Plaintiff respectfully requests this Court to grant Plaintiff's *Motion for Amended Order to Release Bond* and return the security cost bond posted by Plaintiff's prior counsel, Nettles Morris, now Christian Morris Trial Attorneys, at 2250 Corporate Circle, Suite 390, Henderson, Nevada 89074, in the amount of $500.00 (FIVE HUNDRED AND NO/100THS DOLLARS AND NO/100THS CENTS).

DATED this 24th day of February 2025.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

*/s/ Christian M. Morris*
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
JAMIE N. McINELLY, ESQ.
Nevada Bar No. 15963
SARAH E. DiSALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
*Attorneys for Plaintiff*

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of CHRISTIAN MORRIS TRIAL ATTORNEYS and that on the 24th day of February 2025, the foregoing **MOTION FOR AMENDED ORDER TO RELEASE BOND** was served upon the parties via the Court's e-Filing and service program.

Michael P Lowry
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702-727-1267
Fax: 702-727-1401
Email: michael.lowry@wilsonelser.com
ATTORNEY TO BE NOTICED

Nathaniel E Saxe
Wilson Elser Moskowitz Edelman & Dicker
6689 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89119
702-727-1247
Email: nsaxe@dickinsonwright.com
ATTORNEY TO BE NOTICED

*/s/Laura Edwards*
An employee of
CHRISTIAN MORRIS TRIAL ATTORNEYS

6