CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
JAMIE N. McINELLY, ESQ.
Nevada Bar No. 15963
SARAH E. DiSALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
christian@CMtrialattorneys.com
victoria@CMtrialattorneys.com
jamie@CMtrialattorneys.com
sarah@CMtrialattorneys.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA ASHBY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SRMF TOWN SQUARE OWNER, LLC, a Foreign Limited Liability Company; OSI/FLEMING'S PRIME STEAKHOUSE & WINE BAR, a Florida Limited Liability Company; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO.: 2-21-cv-00398-GMN-BNW<br><br>**<u>SECOND AMENDED ORDER GRANTING MOTION FOR RELEASE OF BOND OBLIGATION</u>** |

Pending before the Court is the Motion for Amended Order for Release of Bond, (ECF No. 29), filed by Plaintiff Lisa Ashby on February 24, 2025. Plaintiff's Motion seeks the release of the security bonds that she was ordered to deposit with the Court pursuant to NRS § 18.130. The parties

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

1  stipulated to dismiss this case three years ago, (*See* Order Granting Stipulation, ECF No. 25), and

2  no award of costs or fees with respect to Defendant has been made by the Court.

3       Accordingly,

4       **IT IS HEREBY ORDERED** that Plaintiff's Motion for Amended Order for Release of

5  Bond Obligation, (ECF No. 29) is **GRANTED**. The Clerk of Court is kindly directed to release

6  Plaintiff's $500 bond obligation with interest to CHRISTIAN MORRIS TRIAL ATTORNEYS.

7       **IT IS FURTHER ORDERED** that the Court's prior Amended Order Granting Motion for

8  Release of Bond Obligation, (ECF No. 28), is **STRICKEN**.

9       Dated this __24__ day of February, 2025.

Gloria M. Navarro, District Judge
United States District Court

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, NV 89074
(702) 434-8282 / (702) 434-1488 (fax)

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28